UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO D. GARDNER,<br><br>        Plaintiff,<br><br>v.<br><br>ALEX REILLE, et al.,<br><br>        Defendants. | Case No. 4:20-cv-01148-JSW  (LJC)<br><br>**ORDER SETTING DATE FOR SETTLEMENT CONFERENCE TO BE HELD VIA ZOOM**<br><br>Re: Dkt. Nos. 62, 63 |

The undersigned orders the parties to appear before the Court on June 5, 2023, at 10:00 A.M. for a settlement conference. The settlement conference will be held via Zoom video conference. The Zoom access information is located at https://cand.uscourts.gov/lisa-j-cisneros/. Select the link to join the Zoom meeting for settlement conferences, which is a non-public link. Counsel, as well as staff at Pelican Bay State Prison, may contact the undersigned's courtroom deputy at LJCCRD@cand.uscourts.gov, if there are any questions regarding logistics for the settlement conference.

**IT IS SO ORDERED.**

Dated: May 22, 2023

LISA J. CISNEROS
United States Magistrate Judge